Form a342b–a342 VAN–04
Rev. 05/2010

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501–3819

# RENOTICE 341 MEETING
# TO CORRECT TRUSTEE'S NAME

**DEBTOR INFORMATION:**
Peggy R. Koehn

**BANKRUPTCY NO.**  6:22–bk–12025–WJ

**CHAPTER**  7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–5316
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** N/A

**Address:**
15181 Van Buren Blvd., Space 10
Riverside, CA 92504

**DEBTOR'S ATTORNEY:**
Benjamin R Heston
Heston & Heston
19700 Fairchild Road
Suite 280
Irvine, CA 92612

951–290–2827

**TRUSTEE:**
Karl T Anderson (TR)
340 South Farrell Drive, Suite A210
Palm Springs, CA 92262

(760) 778–4889

Please take notice that the 341 meeting date has been reset for:

**Date:**  June 28, 2022    **Time:**  10:00 AM
**Location:**  TELEPHONIC MEETING, FOR INSTRUCTIONS, CONTACT THE TRUSTEE

Dated: May 31, 2022

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form a342b–a342 VAN–04) Rev. 05/2010

**7 / RC6**